IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIAN RICHARDSON,  )  )  Plaintiff,  )  )  v.  )  )  ARTHUR FRAWLEY  )  and MARGARET VEREB,  )  )  Defendants.  ) | CIVIL ACTION NO.  2:14cv151-MHT  (WO) |

### ORDER

It is ORDERED as follows:

(1) Defendants Arthur Frawley and Margaret Vereb's motion to dismiss (doc. no. 42) is granted.

(2) Defendants Frawley and Vereb's motion to enforce settlement agreement (doc. no. 36) is denied as moot.

(3) The evidentiary hearing scheduled for June 19, 2015, is cancelled.

This case is still closed.

DONE, this the 18th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE